[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 01-1571

DONALD MICHAEL LYNCH,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Michael A. Ponsor, U.S. District Judge]

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

Donald Michael Lynch on brief pro se.

---

December 5, 2001

---

**Per Curiam**.  Having thoroughly reviewed the record and appellant's brief on appeal, we <u>affirm</u> the dismissal of the appellant's complaint substantially for the reasons stated by the district court.  We add that, in view of the dismissal of appellant's previous civil action, (i.e., Donald Michael Lynch v. Commonwealth of Massachusetts, No. 00-cv-11675), appellant's renewed claims against the Commonwealth are barred by <u>res judicata</u>.  The many new allegations that appellant makes on appeal are not properly before us. <u>See</u> <u>United States</u> v. <u>Barnett</u>, 989 F.2d 546, 554 (1st Cir. 1993).

<u>Affirmed</u>.  <u>See</u> Local Rule 27(c).